IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROGER H. WILLIAMS, I** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 07-1302** |
| | : | |
| **SUPERINTENDENT, JOSEPH NISH,** *et al* | : | |

## ORDER

**AND NOW**, this 26th day of September, 2007, upon consideration of the Petition for Writ of Habeas Corpus (Docket No. 1), the respondents' response, the Report and Recommendation filed by United States Magistrate Judge Charles B. Smith and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Chief Magistrate Judge Smith is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED**; and,

3. There is no probable cause to issue a certificate of appealability.

                                            /Timothy J. Savage
                                            TIMOTHY J. SAVAGE, J.